IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------

**THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA,**                                             Case No: 1:11-CV-93

               Plaintiff,                              Hon. Paul L. Maloney

vs

**DENNIS CREG, CONSTANCE LYNCH** as
**PERSONAL REPRESENTATIVE OF THE ESTATE
OF ANDREA D. SHERMAN, CECIL SHERMAN,
JANE OR JOHN DOES,** the 2 minor children of
Andrea D. Sherman through a Guardian ad Litem,

               Defendants.
_____/


## ORDER TO INVEST FUNDS

Funds in the amount of $ 145,664.96, representing interpleader proceeds, having been deposited into the Registry Fund of the Court by the Plaintiff pursuant to the Order of Dismissal filed by the Court on March 17, 2011,

**IT IS HEREBY ORDERED** that said funds be disbursed from the U.S. Treasury and placed into an interest bearing account until further order of this Court.


Dated: April 25, 2011                    /s/   Paul L. Maloney
                                                                Paul L. Maloney
                                                                Chief United States District Judge